IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00841-ZLW-PAC

GEORGE SHANKLIN

       Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
LARRY REID, Warden, Colorado State Penitentiary, Canon City, Colorado, and
JOHN SUTHERS, Attorney General, State of Colorado,

       Respondents.

## ORDER TO CURE DEFICIENCY

Weinshinek, Senior Judge

Applicant submitted a Notice of Appeal on January 2, 2007. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    <u> X </u>   is not submitted

**(B) Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action:**
    ___   is not submitted
    ___   is missing affidavit
    ___   is missing required financial information
    ___   is missing an original signature by the prisoner
    <u> X </u>   is not on proper form (must use the court's current form)
    ___   other_____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   10   day of                  January         , 2007.

                                                   BY THE COURT:

                                                   ZITA L. WEINSHIENK, Senior Judge
                                                   United States District Court