IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2009

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 04-cv-00841-ZLW-PAC

George Shanklin,

          Petitioner,

vs.

Joe Ortiz, et al.,

          Respondent.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 29th day of July, 2009.

BY THE COURT:

Zita L. Weinshienk, Senior Judge
United States District Court

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Zita L. Weinshienk, Senior Judge, was mailed to the following:

Denver District Court
City & County Building
1437 Bannock Street, Room 256
Denver, Colorado 80202

Date:  July 30, 2009

By: _____
Deputy Clerk